of whether the attachment is superior to the rights of the beneficiary. (Appeal from certain parts of an order of Monroe Special Term, denying defendant's motion for summary judgment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ROSE HUMMEL et al., Appellants, v. GEORGE BROWN, Respondent.— Order unanimously reversed, with $25 costs and disbursements, and motion denied, with $10 costs. Memorandum: In the exercise of proper discretion, the motion should have been denied by Special Term. (Appeal from order of Monroe Special Term granting defendant's motion for a change of venue from Monroe County to Jefferson County.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ MINNIE GREENBERG, Individually and as a Stockholder of NUSBAUM'S DEPARTMENT STORE, INC., Suing on Behalf of Herself and Other Stockholders Similarly Situated, Respondent, v. NUSBAUM'S DEPARTMENT STORE, INC., et al,. Appellants.— Orders insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal from certain parts of an order and amended order of Monroe Special Term denying defendants' motion to compel plaintiff to make complaint more definite and certain and to separately state and number the causes of action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ. [35 Misc 2d 326.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE THOMAS, Appellant, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe County Court dismissing a writ of habeas corpus and remanding the relator to the custody of the respondent for extradition to the State of Virginia.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. URAN MINING CORPORATION et al., Respondents. JOHN SNARE, DORIS SNARE and IROQUOIS DEVELOPMENT CORP., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ ELIZABETH B. ERTELL, Respondent, v. JOSEPH M. BECK, Appellant, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ In the Matter of PAULINE FENU et al., Appellants, v. CLARENCE FOERTCH et al., Respondents. In the Matter of PAULINE FENU et al., Appellants, v. CHARLES N. HOWARD et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ELIOT BIRNBAUM, Individually and on Behalf of All Other Present and Retired School Teachers in the State of New York Similarly Situated, Appellants, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COLAVECCHIO, Appellant.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ CHARLES W. BLACKMORE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ RAYMOND L. FINNEY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Motion